IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION

| | |
|---|---|
| DENNIS D. SCOTT, | : |
| Plaintiff, | : |
| vs. | : 7:04-CV-36(HL) |
| CHERYL LEWIS, | : |
| Defendant. | : |

## RECOMMENDATION

Pending herein is defendant's motion brought pursuant to Fed. R. Civ. P. 12(b)(4) and (5) seeking to quash the summons and dismiss plaintiff's complaint for insufficiency of process and insufficiency of service of process.  (Document # 26).  In her motion the plaintiff makes clear the fact that plaintiff has identified her as "Cheryl Lewis" when in fact she is "Shirley Lewis" and further that the complaint and summons were not served upon her within 120 days of filing as required by Federal Rule of Civil Procedure 4(m).

The circumstances alleged in the complaint which gave rise to this lawsuit evidently began occurring at the Lowndes County Jail in June 2002.  When plaintiff filed this complaint in April 2004 he was an inmate at Coastal State Prison. Plaintiff is proceeding in this matter without the benefit and assistance of counsel. As an individual in the custody of a County and then the state at all times since the alleged occurrence of the events giving rise to this lawsuit, the plaintiff is necessarily limited in his ability to investigate the first name of the defendant and get her served within the time parameters as set out in Fed. R. Civ. P. 4(m).  Although plaintiff initially filed the complaint in April 2004, (Document # 2) and amended it in September of 2004, ( Document #

8), personal service upon this defendant was not ordered by the court until late November 2004 (Document # 15).  If the plaintiff was represented by counsel or was even out of custody, the undersigned would most likely view defendant's motion in a different light.

Even though the Federal Rules of Civil Procedure apply to *pro se* litigants, in view of the leniency required to be extended to them by Haines v. Kerner, 404 U.S. 519, 92 S. Ct. 594 (1972) and its progeny and the leniency traditionally afforded prisoner litigants by this court the undersigned **RECOMMENDS** that the defendant's motion to quash the summons and dismiss the complaint be **DENIED.**  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 17th  day of March 2005.


/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE