IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DENNIS D. SCOTT,** | : |
| **Plaintiff** | : |
| v. | : CASE NO.  7:04-CV-36 (HL) |
| **CHERYL LEWIS,** | : |
| **Defendant** | : |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Two separate Recommendations have been filed by the United States Magistrate Judge (Docs. 32 and 36) both on March 18, 2005. These Recommendations have been read and considered and are, hereby, approved, adopted and made the Order of the Court.

No objections to either Recommendation were filed by the plaintiff within the time allotted.

**SO ORDERED,** this the 18th day of April, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**