IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DENNIS DWAYNE SCOTT, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE |
| SHIRLEY LEWIS, | : NO. 7:04-CV-36 (HL) |
| Defendants. | : |

**O R D E R**

      Plaintiff, a State of Georgia prisoner presently incarcerated at Autry State Prison in Pelham, Georgia has moved, through counsel, that he be allowed to attend the deposition of defendant Lewis scheduled for December 6, 2005, at Autry State Prison. In his motion plaintiff alleges that Autry State Prison officials have stated that they would require an order of the court to allow the plaintiff to attend the deposition of the defendant. No objection has been filed to the plaintiff's motion. Inasmuch as it will not require that the plaintiff be transported outside the prison his motion to attend the deposition of the defendant is hereby **GRANTED.** Plaintiff is expected to conduct himself in a proper and civil manner during said deposition. All decisions regarding proper security, including the presence of guards during the deposition are left to the sound discretion of the Autry State Prison officials.

      SO ORDERED, this 29th day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE